RAYMOND SCHARDING and Others, Respondents, v. SHERMAN & SHEPPARD, INC., and Others, Appellants.— The complaint states a cause of action for the rescission of a sale of stock. Order denying defendants' motions to dismiss the complaint pursuant to rule 106 of the Rules of Civil Practice, or, in the alternative, to strike out certain allegations therein pursuant to rule 103, affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from the entry of the order hereon. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

AARON ZANGER, Respondent, v. WILLIAM S. SUSSMAN, INCORPORATED, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. (McClaskey v. Cumberland Glass Manufacturing Co., 193 App. Div. 856; affd., 233 N. Y. 552.) Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ., concur.

## (April 12, 1937.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HARTIGAN, Appellant.— On argument, judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of section 986 of the Penal Law, reversed on the law and the facts and a new trial ordered. Defendant's guilt was not established beyond a reasonable doubt. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

## (April 13, 1937.)

MARJORIE F. McMAHON, Respondent, v. YONKERS RAILROAD COMPANY, Appellant. PATRICK McMAHON, Respondent, v. YONKERS RAILROAD COMPANY, Appellant.— On argument, judgments of the City Court of Yonkers in favor of plaintiffs and orders denying motions to set aside the verdicts reversed on the law and the facts and a new trial ordered, costs to abide the event. The interests of substantial justice require a new trial in view of the fact that a juror who served on the first trial, when there was a disagreement, participated in the second trial without the knowledge of the court or the parties. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

## (April 16, 1937.)

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of THOMAS B. CULLEN, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.

In the Matter of the Application of ANTON SCHNAPP for Permission to Present His Application for Certification as to His Character and Fitness for Admission to the Bar to the Committee on Character and Fitness for the Ninth Judicial District.— Motion for permission to file application with the committee on character and fitness for the Ninth Judicial District granted. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.